UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

        v.                              Civil No. 07-cv-10-PB

<u>Davenport Realty Trust, et al</u>

## O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated June 2, 2010, no objection having been filed, for the reasons set forth therein. The plaintiff's Motion for Default Judgment (document number 59) is granted. Judgment is entered in the amount of $8,272,224.83 in favor of the United States for all unrecovered response costs in connections with the Beede Waster Oil Superfund Site, plus interest in the amount accruing from the date of entry of this default judgment pursuant to 28 U.S.C. section 1961.

      SO ORDERED.

June 23, 2010                               */s/ Paul Barbadoro*
                                                Paul Barbadoro
                                                United States District Judge

cc:    Counsel of Record